# ATTACHMENT 1

2020 APR 22 AM 10:04

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

**Jaime T Sanchez**

vs

(Full name of defendant(s))

**Louisiana Pacific Corp**

**Dave Thomas**

**Brett Wienen**

Case Number:
**20 CV 370 WMC**

(to be supplied by clerk of court)

A.  PARTIES

  1. Plaintiff is a citizen of __Wisconsin__ and resides at
     (State)

     **N10025 Shorewood Rd Tomahawk, WI 54487**
     (Address)

     (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Dave Thomas_____

                                                              (Name)

is (if a person or private corporation) a citizen of __Wisconsin_____

                                                              (State, if known)

and (if a person) resides at __unknown_____

                                                              (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Louisiana Pacific Corp Tomahawk, WI_____

                                                              (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On February 14th, 2019 Dave Thomas as a plant superintendent of LP Corp violated

my rights during a performance review. Dave Thomas failed to award me my

performance bonus and adversely placed me on a performance improvement plan (pip).

Disregarding the data that my grouped performed at a very high level and as the

supervisor of that group I should have shared that success. Instead I was told that the

group performed independently and that I should make coffee for the plant manager if I

want to get ahead. I believe this stemmed from a complaint I had to HR about the

corporate Office Olympics in which Mexico was singled out with outlandish costumes

including black mustaches (even the females), serapes and sombreros. I found it

offensive and I believe this was retaliation. By placing me on a low end of a performance I was automatically placed in a pool of names to be off boarded thusly being able to get rid of me covertly while I was still performing at a high level. There was no documentation to support Dave Thomas' claims that I was a long term problem. In fact Dave produced a document that was supposed to illustrate a sit down review of my performance that never happened. I retained a copy of an email requesting the sit down meeting to touch base on my alignment and was told in the email that there was "no time to meet". I felt hostility in the months following and subsequently resigned on August 189, 2019.

*My complaint has been filed with the EEOC and my right to sue letter was issued.*

Letter dated 1/3/2019 but not received by me until 1/24/19 due to temporary address change.

C.  JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking damages in the amount of $4,000,000.00 to cover cost of lost future compensation and benefits as well as humiliation and defamation of my character.

E.  JURY DEMAND

[✓]  Jury Demand - I want a jury to hear my case
         OR
[ ]  Court Trial – I want a judge to hear my case

Dated this __19__ day of __April__ 20__20__.

Respectfully Submitted,

*Jaime T Sanchez*
Signature of Plaintiff

*Jaime T Sanchez*
Plaintiff's Telephone Number

**715-574-6845**

Plaintiff's Email Address

**jtsanchez130@gmail.com**

__N10025 Shorewood Rd  Tomahawk WI__
(Mailing Address of Plaintiff)                                    54487

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[ ]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[✓]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.