IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAIME T. SANCHEZ,

                Plaintiff,

v.                                           Case No.  20-cv-370-wmc

LOUISANA PACIFIC CORP, DAVE THOMAS and
BRETT WIENEN,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice this case pursuant to Federal Rule of Civil Procedure 4(m).

    /s/                                                          8/10/20
Peter Oppeneer                                      Date
Clerk of Court